

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00629-CV

**FOUR HUNDRED NINETY-SIX THOUSAND FOUR HUNDRED SEVENTY-TWO DOLLARS**, et al.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 22-05-61907-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:  Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: December 10, 2025

DISMISSED

By letter dated October 2, 2025, appellant was instructed to pay the $205.00 filing fee for this appeal.  Our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.  On November 7, 2025, this court ordered appellant to show cause in writing by November 24, 2025, that the filing fee had been paid.  Appellant was advised that if he failed to respond within the time provided, this appeal would be dismissed for

failure to pay the filing fee.  *See id*. R. 5, 42.3(c).  Appellant did not respond or pay the filing fee.

Accordingly, this appeal is dismissed for failure to pay the filing fee. *See id*.


PER CURIAM